AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | )
| v. | )
| Erick Mauricio Montero De Leon | ) Case No. 20-6624-SNOW
| | )
| | )
| | )
| *Defendant.* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 28, 2020  in the county of  Broward  in the
Southern  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | Distribution of child pornography. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Lauren Darden, Special Agent, FBI
*Printed name and title*

Sworn to before me telephonically.

Date:  December 4, 2020

*Judge's signature*

City and state:  Fort Lauderdale, Florida   Larana S. Snow, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Lauren Darden, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I have been a Special Agent with the FBI since March 2019. I am currently assigned to the FBI Miami Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers and wireless telephones and have discussed and reviewed these materials with other law enforcement officers. Prior to my employment as a Special Agent, I was employed by the North Carolina State Bureau of Investigation Alcohol Law Enforcement Branch as a Special Agent from April 2015- March 2019. As such, I investigated crimes concerning alcohol related violations, controlled substances, gambling, and tobacco related investigations.

3. This Affidavit is submitted in support of a criminal complaint which charges Erick Mauricio MONTERO DE LEON (herein after referred to as MONTERO DE LEON) with

distribution of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

4. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against MONTERO DE LEON for the aforementioned criminal violations.

## SUMMARY OF THE INVESTIGATION

### *Investigation Conducted by Hollywood Police Department*

5. During the month of June 2020, the South Florida ICAC received a cyber tip from the National Center for Missing and Exploited Children (NCMEC) concerning alleged child pornography discovered by Facebook Inc (Cyber tip number 74269967), in the account of one of their users. Facebook Inc. reported one of their users identified as Name: Erick Montero, Email Address: erfamont@gmail.com, Screen/Username: Erick.montero.79462 and User ID:100049767847537 with Profile URL: http://www.facebook.com/erick.montero.79462, uploaded five images depicting child pornography while utilizing the chat or instant messaging platform. A Hollywood Police Department Detective and FBI Task Force officer was assigned the Cyber Tip in August of 2020.

6. During the months of July 2020 and August 2020, the South Florida ICAC received Cyber tip numbers 74257022, 74599369, 77822884, and 77527904 from Facebook Inc regarding alleged child pornography in the account belonging to MONTERO DE LEON. Several of the image files

reported are listed and described as follows:

    **a.**    828x4h61mr8cswow74285487_4008589515878465_7237912049356170687_o.jpg is described as an image of two pre-pubescent white females. The pre-pubescent female on the left is wearing a pink in color halter style top with no bottoms and laying on her back with her legs spread open, exposing her vagina. The pre-pubescent female on the right is wearing a yellow in color Disney Princess take top with no bottoms. She is laying on her back with her legs spread open, exposing her vagina.

    **b.**    cary0yjc85s8gw0c83224212_198499328149335_5789389668367768568_o.jpg is described as an image of one pre-pubescent white female who is completely naked. The pre-pubescent female is laying on her back with her legs bent at her knees while her thighs are spread open. The child uses both of her hands to spread open her vagina.

    **c.**    5xlwo00e2focw444106378517_303040441101937_6118642918145838567_o.jpg is described as an image of one pre-pubescent white female who is completely naked, along with an adult white male who is completely naked. The adult male is lying on his back. The child is facing away from the male while standing over his erect penis. The adult male has both of his hands on the child's hips.

7.    Subpoenas were sent to Comcast and Sprint for the IP addresses associated with the Facebook account. Comcast returned the following subscriber information provided the subscriber resided at 5223 Monroe St. Hollywood, FL.

    Sprint returned the following subscriber information:

        Name: Erick Montero De Leon
        Address: 518 NW 10th Ave Miami, FL 33136
        Account Establish Date: 11/09/2018

3

        Billing Account Number: 680770006
        Account Contact Numbers: (786)394-0635

8.    MONTERO DE LEON's vehicle, a 2017 Chevrolet Tahoe bearing Florida license plate number LDXG76, has been observed on a consistent basis at 5223 Monroe St, Hollywood, FL. MONTERO DE LEON has also been observed exiting the residence, walking around the property, and entering his vehicle.

9.    On October 23, 2020, Hollywood Police Department obtained a search warrant for the Facebook Inc. account identified by username Erick Montero, Email Address: erfamont@gmail.com, Screenname or Username: erick.montero.79462 with E.S.P. User ID: 100049767847537. The search warrant was executed to Facebook Inc. Attn: Custodian of Records via their law enforcement online portal.

10.    On November 21, 2020, Hollywood Police Department received data from Facebook Inc. in response to the aforementioned search warrant. In the date received from Facebook Inc., there were multiple images and videos containing child pornography, including the images of child pornography included in the NCMEC Cyber Tips previously listed.

    a.    The following files were located in the Facebook Inc. search warrant return:

        i.    File unified_message4008588912545192.jpg is described as an image of two pre-pubescent white females. The white female child on the left is wearing a pink in color halter style top with no bottoms and is lying on her back with her legs spread open exposing her vagina. This file was distributed to another individual on June 28, 2020.

        ii.    File unified_message_269592770971431.mp4 is described as a video of a completely naked pre-pubescent female with blonde hair and a naked, adult male

     engaging in sexual intercourse. The pre-pubescent female is lying on her back with her legs spread open while the adult male inserts his erect penis into her vagina. The pre-pubescent female is also observed on top of the adult male with his erect penis inserted into her vagina. This file was distributed to another individual on June 28, 2020.

   *iii.* File unified_message_930750820761505.mp4 is described as a video of a pre-pubescent white female with brown hair, wearing a pink in color top with a brown in color bear and a cartoon character on the front. The pre-pubescent female is observed lying on her back while on top of an orange table. An adult white male who is completely naked if holding her legs apart while her vagina is exposed. The adult white male is observed placing his erect penis into the pre-pubescent female's anus. The adult male is holding the pre-pubescent female's legs apart while he repeatedly inserts his erect penis into her anus. This file was distributed to another Individual user on June 28, 2020.

11. On December 4, 2020, law enforcement executed a state search warrant at 5223 Monroe St. Hollywood, FL with the assistance of Federal Bureau of Investigation Special Agents.

12. Present during the search of the residence was MONTERO DE LEON. MONTERO DE LEON was interviewed, waived his *Miranda* rights, and admitted that he had been receiving and distributing child pornography via Facebook and Telegram. MONTERO DE LEON stated that he belonged to several groups on Facebook and Telegram where he had shared and received images and videos of child pornography. He was shown some of the images and videos obtained from his Facebook account and he identified those images and videos as coming from the above-mentioned

5

groups that were dedicated to child pornography.

## Conclusion

9.    Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of Erick Mauricio MONTERO DE LEON for distribution of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
Lauren Darden
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me telephonically this 4th day of December, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

6